U.S. BANK NATIONAL ASSOCIATION, Appellant, v LISA ANN PIA et al., Respondents. (And a Third-Party Action.)

Submitted July 15, 2013; decided September 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ARTUR ZAYTSEV, Respondent, v STANACARD, LLC, Appellant.

Decided September 17, 2013

Appeal, insofar as taken from that part of the Appellate Division order that affirmed Supreme Court's order denying summary judgment, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Appellate Division order does not finally determine the action within the meaning of the Constitution; appeal, insofar as taken from that part of the Appellate Division order that affirmed Supreme Court's order granting respondent's application to voluntarily discontinue the action without prejudice, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge ABDUS-SALAAM taking no part.